JOHN W. GREEN v. STERLING EXTRUDER CORPORATION
AND TRANSOGRAM CO., INC.

July 13, 1983.

Cross-petition for certification granted.

HELEN BUSCAVAGE v. JAMES D. ALLEGRETTO.

July 13, 1983.

Petition for certification denied.

CAROL ANN FELDMAN v. LEDERLE LABORATORIES.

July 13, 1983.

Petition for certification granted.   (See 189 *N.J.Super.* 424)